```
                                                              FILED
                                                         U.S. DISTRICT COURT
                                                        EASTERN DISTRICT OF LA

                                                         2001 MAY 10  AM 10: 15

                                                          LORETTA G. WHYTE
                                                                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | | CRIMINAL ACTION |
|---|---|---|
| VS.  JASON MASHIA | 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 | 00-331 "R" |
| 240 DIAMOND ROAD | (SOC. SEC. NO.) | (CASE NO./SEC.) |
| NORCO, LOUISIANA  70079 | | |

## JUDGMENT AND COMMITMENT ORDER

The defendant appeared in person on May 9, 2001, before the Court for Sentencing.

PRESENT:   CLYDE MERRITT, COUNSEL FOR DEFENDANT
           TRACEY KNIGHT, ASSISTANT U.S. ATTORNEY
           LORETTA M. EGLEN, U.S. PROBATION OFFICER
           PATRICIA RALPH, COURT REPORTER
           JAY SUSSLIN, COURTROOM DEPUTY

THE DEFENDANT ENTERED A PLEA OF GUILTY ON FEBRUARY 1, 2001.

The Court adjudged the defendant guilty as to his plea of Guilty as to Count 4 of the Indictment charging the defendant with distribution of cocaine base in violation of 21 U.S.C. § 841(a)(1).

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Jason Mashia, is hereby committed to the custody of the Bureau of Prison to be imprisoned for a term if 128 months as to Count 4 of the Indictment. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years as to Count 1 of the Indictment. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall comply with the mandatory and standard conditions of supervised release that have been adopted by this Court, and shall not possess a firearm. In addition, the following special conditions are imposed: 1) The defendant shall participate in a program of testing and/or treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall contribute to the cost of such treatment to the extent that the defendant is deemed capable by the probation officer; and 2) The defendant shall participate in an orientation and life skills program as directed by the probation officer. The Court finds the defendant does not have the ability to pay a fine. The Court will waive the fine in this case.

IT IS FURTHER ORDERED that the defendant shall pay to the United States the special assessment in the amount of $100.00, which shall be due immediately.

THE COURT RECOMMENDS THAT THE DEFENDANT RECEIVE VOCATION AND EDUCATIONAL TRAINING WHILE IN PRISON AND OBTAIN HIS G.E.D.

IT IS FURTHER ORDERED that the Government's motion to dismiss the remaining counts is hereby DISMISSED.

IT IS FURTHER ORDERED that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of supervised release imposed above, IT IS HEREBY ORDERED that the general conditions of supervised release set out on the reverse side be imposed.

New Orleans, Louisiana, this 9th day of May, 2001.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

CERTIFIED AS A TRUE COPY
ON THIS DATE _____

BY: _____
    Deputy Clerk

DATE OF ENTRY
MAY 1 0 2001

___Fee
___Process
 X _Dktd
___CtRmDep
   Doc.No