IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

JASON MASHIA,

    Petitioner

VS.

Case No.: 00-331 R(3)

JUDGE SARAH S. VANCE

UNITED STATES OF AMERICA

    Respondent               /

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED FEB 1 1 2008
LORETTA G. WHYTE
Clerk

MOTION TO UNSEAL RECORDS IN
CASE NO. 00-331 TO ALLOW
PETITIONER'S PAROLE/PROBATION
IN THE STATE OF LOUISIANA TO
RUN CONCURRENT

COMES NOW, the Petitioner "Jason Mashia" pro-se, and respectfully requests that this Honorable Court unseal records in Case No. 00-331 to allow the State of Louisiana's Board of Parole/Probation to terminate and/or run State sentence cuncurrent with federal sentence. Petitioner further states as follows:

1) Petitioner is currently serving a federal sentence in which upon release he is to be transferred to the Louisiana State Department Of Corrections.

2) The State of Louisiana's Department of Correction Probation/Parole Officer Jonnie Dunn in Petitioner's State case has agreed that the State of Louisiana is willing to terminate and/or in the alternative run State sentence concurrent with federal sentence. However, the State of Louisiana must be able to review

TENDERED FOR FILING
FEB 1 1 2008
U.S. DISTRICT COURT
Eastern District of Louisiana

Fee _____
Process _____
X  Dktd _____
X  CtRmDep _____
Doc No. _____

Petitioner's Record of Conviction and Sentencing Records in Federal Case No. 00-331.

3) Upon reviewing Petitioner's records in Federal Case No. 00-331, the State Of Louisiana can make determination to terminate and/or run State sentence concurrently to federal sentence.

**WHEREFORE,** Petitioner prays and asks that this Honorable Court unseal records and allow the State of Louisiana to review Record of Conviction and Sentencing records in Petitioner's Federal case.

Respectfully Submitted

/s/ Jason A. Mashia

**Dated:**
January 29, 2008

Jason Mashia #273301-034
Federal Correctional Inst.
P.O. Box 725
Edgefield, S.C. 29824

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing motion has been served upon the following parties by first class mail, postage pre-paid, on this 29 day of Jan 08, 2008.

Respectfully Submitted

/s/ Jason Mashia

cc: Clerk of Court
    U.S. District Court
    Eastern District Of Louisiana
    C-151 Hale Boggs Federal Bldg.
    U.S. Courthouse
    500 Poydras Street
    New Orleans, LA. 70130

Jason Mashia #273301-034

2

