**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 00-331 |
| JASON MASHIA | SECTION "R" |

### ORDER

The Court is in receipt of defendant's motion to unseal records to allow petitioner's parole/probation in the State of Louisiana to run concurrent.

IT IS ORDERED that the motion is set for hearing on March 19, 2008 without oral argument.

Memorandum in opposition to be filed no later than March 11, 2008.

New Orleans, Louisiana, this __20th__ day of February, 2008.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**