UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-331 |
| v. | * | SECTION: "R" |
| JASON MASHIA | * | |

*   *   *

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO UNSEAL RECORDS

NOW INTO COURT, comes the United States Government, appearing herein by and through the undersigned Assistant United States Attorney who respectfully answers the defendant's motion as follows:

The government has no objection to the unsealing of the defendant's judgment and commitment order so that it may be reviewed by his Louisiana State Parole Officer.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

　 s/Tracey N. Knight
TRACEY N. KNIGHT, (#23165)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone No. (504) 680-3080

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following participants: Jason Mashia.

    s/Tracey N. Knight.
TRACEY N. KNIGHT
Assistant United States Attorney