UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL CASE

VERSUS                                   NO: 00-331

JASON MASHIA                             SECTION: R

**ORDER**

Before the Court is *pro se* petitioner Jason Mashia's motion to unseal records related to his conviction and sentencing for distributing cocaine base in violation of 21 U.S.C. § 841(a)(1). The government does not oppose Mashia's motion. Accordingly, the Court GRANTS Mashia's motion and ORDERS that the record in this matter be unsealed.

New Orleans, Louisiana, this 4th day of April, 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE